Jordan M. Meschkow, Attorney at Law
5727 North 7th Street
Suite 409
Phoenix, AZ 85014-5818

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan M. Meschkow, *Pro Per* | No. |
| Plaintiff, | **COMPLAINT** |
| vs. | (Wrongful Institution of Civil Proceedings, Tortious Interference with Business Relations) |
| William Zeuner, aka William Zeuner, Sr., an individual, William and Jane Doe Zeuner, husband and wife. | (JURY TRIAL DEMANDED) |
| Defendants. | |

Plaintiff, Jordan M. Meschkow, ("JMM"), for his Complaint against Defendants William Zeuner, William Zeuner, Sr. (Sr.), and William and Jane Doe Zeuner ("the Zeuners"), allege as follows:

## PARTIES

1.      JMM is an Arizona resident, with his principal residence and practice of law in Phoenix, Arizona.

2.      Sr. is a New Jersey resident, with his principal residence in Vineland, New Jersey.

3.      Sr. was, upon information and belief, married to Jane Doe Zeuner at all times material hereto and the Zeuners were residents of Vineland, New Jersey.  All of Sr.'s activities herein, were for the Zeuners' marital community.

- 1 -

## JURISDICTION

4.      This Court has jurisdiction under 28 U.S.C. §1332, as there is a diversity of citizenship between the parties, and the matter in controversy, without interest and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000).

5.      This Court also has jurisdiction under 28 U.S.C. §2201, as there is a request for declaratory relief.

6.      This Court also has jurisdiction over the out-of-state Defendants under its long-arm statutes as these out-of-state Defendants caused an event to occur in Arizona out of which the claim arose.

7.      Sr. and the Zeuners have, by their acts alleged herein, submitted themselves to the jurisdiction of the State of Arizona, and to the County of Maricopa.

8.      Venue is proper in this District under 28 U.S.C. §1391, as a substantial part of the events that gives rise to this claim arose in the State of Arizona.

9.      Plaintiff hereby requests trial by Jury.

## PLAINTIFF'S REPUTATION IN HIS PROFESSION
## AND WITHIN THE COMMUNITY

10.      JMM was awarded a Bachelors of Science degree in Biology with a minor in Geological Sciences in 1979.  After three years attendance to Law School, JMM was conferred with a Juris Doctor degree in May 1982.  By October 1982, JMM had passed the Arizona Bar, and was sworn-in to practice law in Arizona, and the United States District Court, District of Arizona.  By April 1983, JMM had passed the Florida Bar, and was sworn-in to practice law in Florida.  By July 1983, JMM had passed the Bar Exam given by the United States Patent and Trademark Office, and was sworn-in to practice patent law throughout the United States, conferring upon JMM, the coveted law specialty title, Registered Patent Attorney.

11.     Starting from a law practice in 1982, JMM has acquired new business, and continued working with past clients, based on a network of referral business based on JMM's expertise in Patent Law, as well as Copyright Law, and Trademark Law.  JMM also has practiced in the Courts, obtaining an Order of Contempt with a fine of thousands of dollars against an Automobile/Truck maker in the late 1980's, a 6-figure judgment against a Fortune 500 Company for Copyright Infringement earlier in the past decade, and several other far lower, and high profile cases between and after.  JMM has also had a career filled with filing myriad copyright and trademark applications, several highly technical and myriad other less-technical patent applications, with many applications issued as copyright registrations, trademark and/or service mark registrations, and issued patents.

12.     JMM often is referred business from other law firms, of which some are medium to large firms, based on his professional reputation and expertise in Patent Law, Copyright Law, and Trademark Law, a practice for which none of whom are so qualified.  JMM is also often referred business from clients and other contacts.

## PLAINTIFF SUES SR.'S SON AND THE PRINCIPAL OF AND ANOTHER ZEUNER OWNED ENTITY FOR TRADEMARK INFRINGEMENT AND SETTLES SUCH IN NEGOTIATIONS WITH OPPOSING COUNSEL

13.     On October 29, 2008, Plaintiff justifiably filed a Complaint for trademark infringement as well as other counts, against Mr. W. Zeuner, Jr. and his company Wild Style Sunglasses (WSS) in the United States District Court, District of Arizona, Case No. CV-08-1984-PHX-DGC.  (*See* document 1 in Case No. CV-08-1984-PHX-DGC, incorporated by reference, herein).

14.     When new counsel for Mr. W. Zeuner, Jr. and WSS provided evidence of their sales to JMM, he saw additional infringement by "relations" of the original defendants.

15.     Therefore, the Complaint was amended to include additional infringers and filed on February 13, 2009.  It included, among other things, additional defendants The Fashion Group, LLC ("FG"), ComputerCommune.com ("CC.com"), and Michael Zeuner ("Mr. M. Zeuner").   The evidence provided to JMM by defense counsel correlated with prior information provided to JMM by Mr. W. Zeuner, Jr. that Mr. M. Zeuner was a close relative.  Also, at the time the Amended Complaint was filed, JMM had reason to believe that WSS, FG and CC.com, Mr. M. Zeuner, and Mr. W. Zeuner, Jr. collectively had conspired as a combined entity to infringe and collect monies via wire means (websites and emails) fraudulently misrepresenting at least that the Trademark owner did own exclusive rights to its Mark per Title 15 U.S.C. § 1057(b), so a Civil RICO count was included.  (*See* document 23 in Case No. CV-08-1984-PHX-DGC, incorporated by reference, herein).

16.     Shortly thereafter, Plaintiff and counsel for Mr. W. Zeuner, Jr. and WSS negotiated a comprehensive settlement agreement comprising a first consent judgment for Mr. W. Zeuner, Jr. and WSS.  The settlement agreement also included a second consent judgment for FG and CC.com, and Mr. M. Zeuner, a notice of appearance and stipulation to enter to enter the Mr. W. Zeuner, Jr./WSS consent judgment executed by JMM and defense counsel, and a notice of appearance and stipulation to enter to the second consent judgment for FG and CC.com, and Mr. M. Zeuner, executed by JMM and Mr. M. Zeuner.

17.     On February 19, 2009, the parties confirmed settlement of the matter and the documents were filed.  (*See* documents 26 and 27 in Case No. CV-08-1984-PHX-DGC, incorporated by reference, herein).  That resulted in the settlement agreement coming into Final Consent Judgments that, among other things, permanently enjoin Mr. W. Zeuner, WWS, FG, CC.com, and Mr. M. Zeuner from any further activities

infringing SDI's trademark rights on February 25, 2009.  (*See* documents 28 and 29 in Case No. CV-08-1984-PHX-DGC, incorporated by reference, herein).

**DEFENDANT SR. WRONGFULLY INSTITUTES**

**SHAM ADMINISTRATIVE CIVIL PROCEEDINGS**

18.     In early April 2009, Sr. wrongfully instituted a sham administrative civil judicial proceeding with unfounded allegations against JMM by sending a letter to the State Bar of Arizona.  A copy of the April 10, 2009 complaint in the administrative civil judicial proceeding is attached as Exhibit 1.  In Exhibit 1, Sr. admits "I… have dealt with lawyers, courts and have been called upon as a (s.i.c.) expert witness for a number of years" to show his knowledge of the legal system.

19.     In Exhibit 1, Sr. outrageously alleges JMM committed the crime of perjury under Title 18 U.S.C § 1621, *twice*, apart from claiming JMM committed ethics violations.  JMM became concerned and nearly frantic on seeing the April 10, 2009 letter from the State Bar of Arizona because if the State Bar of Arizona acted upon that, JMM could be criminally prosecuted, or be disbarred, and lose his sole source of income and his livelihood.

20.     JMM, on seeing these outrageous allegations of criminal perjury and knowing the potential outcome of such allegations, became anxious and has had sleeping issues for several weeks to months.   In April 2009, JMM also spent considerable time and effort, finding counsel that understood such administrative civil judicial proceedings to respond to such baseless charges, losing many billable hours for work while assisting counsel in responding to Sr.'s baseless allegations.

21.     A comprehensive response was filed for JMM by his counsel on April 28, 2009. *See* Exhibit 2.

22.     The response cost JMM $1,505.20 in legal fees (*see* Exhibit 3), not including costing JMM many unpaid hours' of work in assistance, in the preparation of facts and locating and providing exhibits to counsel.

23.     By June 11, 2009, and in the face of the JMM response to Sr.'s administrative civil judicial proceeding, the administrative civil judicial proceeding was closed.  Yet the record of the charge remains public for three years.  (*See* Exhibit 4).

24.     Neither Sr. nor the Zeuners have retracted the sham, false, and outrageously malicious charge that could curtail any onlooker from doing business with Plaintiff.

## COUNT I

## THE CHARGES BY DEFENDANT SR. WERE WRONGFUL INSTITUTED CIVIL PROCEEDINGS

25.     Plaintiff hereby realleges and incorporates by reference the allegations contained in Paragraphs 1 through 24 as if fully set forth herein.

26.     Now closed, it is *de facto* Sr. wrongfully instituted an administrative civil judicial proceeding as a bar charge against JMM, as a sham in an attempt to have JMM censured, suspended or disbarred, and suffer damages or potentially lose his license to practice law.  That a) the proceeding included two charges of criminal perjury as well as ethical violations, and b) in Sr.'s charges, he calls JMM, an educated scholar and a recognized professional, an "idiot" "who does not believe the law applies to him", demonstrates Sr. began the administrative civil proceeding with malice aforethought and as sham.  With obvious little or no knowledge of the true proceedings in Case No. CV-08-1984-PHX-DGC and with reckless disregard of same, Sr. brought the administrative civil judicial proceeding without probable cause.  This administrative civil judicial

proceeding terminated in JMM's favor.  JMM has been damaged and continues to be damaged by the administrative civil proceeding and its public status.

WHEREFORE, Plaintiff Jordan M. Meschkow demands judgment against Defendant Sr. and the Zeuners for injunctive relief and actual, special, and compensatory damages in an amount deemed at time of trial to be just, fair, and appropriate for the wrongful institution of civil proceedings.

## COUNT II

## TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

27.     Plaintiff hereby realleges and incorporates by reference the allegations contained in Paragraphs 1 through 26 as if fully set forth herein.

28.     Defendant Sr.'s April 2009 letter was a sham inducement of concern and action, made through the use of untruthful means, and it will be on file, and publicly available for three years' time.

29.     Defendant Sr.'s April 2009 letter, and his failure to retract same, is nothing more than an attempt to damage JMM and his career.  It being available for public inspection for three years' time, Defendant Sr. is now acting improperly; acting purposefully and maliciously with intent to injure JMM for at least the same amount of time.  Defendant's sham charges clearly will induce a third party or parties that sees that publicly available April 2009 letter, to not to enter into or continue a business relationship with JMM; and has caused and will continue to cause JMM some financial injury.

WHEREFORE, Plaintiff Jordan M. Meschkow demands judgment against Defendant Sr. and the Zeuners for injunctive relief and actual, special, and compensatory damages in an amount deemed at time of trial to be just, fair, and appropriate for tortious interference with business relations.

Dated this 2nd day of October, 2009

By:   s/Jordan M. Meschkow
      5727 N. 7th Street, Suite 409
      Phoenix, AZ 85014-5818

      602-274-6996
      *In Propia Persona*

EXHIBIT 1


STATE BAR
OF ARIZONA

Direct Line: (602) 340-7354

April 10, 2009

Jordan M. Meschkow
Meschkow & Gresham, P.L.C.
5727 N. Seventh St., Suite 409
Phoenix, AZ 85014-5818

Re:     Correspondence From William Zeuner, Sr.
        File No. 09-0623

Dear Mr. Meschkow:

The State Bar recently received a bar charge against you from William Zeuner.  A copy of the charge is
enclosed.

We are considering whether this charge warrants a screening investigation.  Your informal response will
be helpful to our determination.  <u>Please submit a written, informal response to the charge within ten (10)
days of the date of this letter.  If you fail to respond timely to this request, this matter will be referred to
the Lawyer Regulation Office of the State Bar to undertake a formal disciplinary investigation.</u>

If you have any questions or concerns, please contact me.

Sincerely,

Patricia J. Ramirez
Staff Bar Counsel

PJR/bam

Enclosures

c:  William Zeuner, Sr.

RECEIVED
APR 1 1 2009
MESCHKOW & GRESHAM

STATE BAR OF ARIZONA
4201 N. 24th Street, Suite 200
Phoenix, Arizona 85016-6288

Robert B Van Wyck

I am a retired administrator of a major health system in New Jersey and have dealt with lawyers, courts and have been called upon as a expert witness for a number of years. This letter is a complaint about the unprofessional antics of a lawyer by the name of Jorden Meschkow who does not believe the law applies to him.

Background My son sold two dozen sunglasses that violated a trademark infringment and the case is settled but the antics of Mr. Meschkow during that case makes me wonder how he can hold a license in Arizona. (Case No. CV-08-1984-PHX-DGC). The case started out with a letter from Mr. Meschkow stating the infringement and demandeding 10,000 dollars. He was a acknowledged by telephone and letter immediatly that no more x-rated sunglasses would be sold. Mr. Meschkow filed his claim in federal court and hired a agent to serve a summons. In the meantime my son was in the process of moving to another state. Mr. Meschkow's agent was instructed to serve the complaint on the lawyer who wrote the original letter. His agent was refused service and told that the firm did not represent my son, left with the summons and returned a hour later and left it on the counter. Mr Monzo from the law firm called him and followed it up with a letter that he did not represent the defendent and proper service was not initiated. (Copy enclosed). Mr. Meschkow fully knowing that he had not provided proper service filed with the court under penalty of perjury anyway. In the meantime I hired a lawyer named Greg Collins from the firm of Kercsmar and Feltus PLLC and agreed to give Mr. Meschkow all the information that pertains to his part time effort to sell sunglasses. During the period of negotiation Mr Meschkow filed a status report with the court stated that he had reason to believe the records he received were falsified for settlement purposes. Even a idiot could check and know that you can not falsify paypal records. He then filed a amended complaint listing the company my son bought the sunglasses from and included in CountVI a violation of Civil Rico subsection B racketeer influenced and corrupt organizations. Other than the one fact that my son bought and sold two dozen sunglasses with a trademark everything Mr. Meschkow has filed with the court is false, malicious and ludicrous. I believe Mr. Meschkow should be investigated for perjury and ethics violations.

Sincerely
William Zeuner Sr.
Retired Chief Financial Officer
Cape Health Medical System

*William Zeuner*

RECEIVED

APR 0 9 2009

STATE BAR OF ARIZONA
LAWYER REGULATION

ANTHONY P. MONZO
(LLM Taxation)

ANDREW D. CATANESE

ATTORNEYS AT LAW
# MONZO CATANESE
A Professional Corporation

F. THOMAS HILLEGASS

MELINDA J. WEBER

November 25, 2008

Jordan M. Meschkow, Esquire
Meschkow & Gresham
5727 North Seventh Street
Suite 409
Phoenix, AZ 85014-5818

RE:  Sunglass Designs, Inc. v. Wild Style Sunglasses and William Zeuner
Case 2:08-cv-01984-DGC

Dear Mr. Meschkow:

For the last time I am informing you I am no longer representing Mr. Zeuner. When the process server initially appeared at my office I informed him of such. He left my office without serving me with a copy of the summons and complaint, but then reappeared at my office and left it with a receptionist at the front desk. I am not licensed to practice in the United States District Court for the district of Arizona and therefore I am unable and unwilling to represent Mr. Zeuner in this matter.

Thank you for your attention to this matter.

Very truly yours,

ANTHONY P. MONZO
amonzo@monzolaw.com

APM:kl

cc:  William Zeuner
     Clerk, United States District Court
     - District of Arizona

# EXHIBIT 2

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794

**OSBORN**
**MALEDON**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

Danielle D. Janitch

Direct Line    602.640.9381
Direct Fax    602.640.6062

P.O. Box 36379
Phoenix, Arizona 85067-6379

www.osbornmaledon.com

djanitch@omlaw.com

Telephone    602.640.9000
Facsimile    602.640.9050

April 28, 2009

**VIA FIRST CLASS MAIL & ELECTRONIC MAIL**
Patricia J. Ramirez, Staff Bar Counsel
State Bar of Arizona
4201 N. 24th Street, Suite 200
Phoenix, AZ  85016-6288

> Re:    Jordan M. Meschkow
>         File No. 09-0623

Dear Patricia:

I write in response to your April 10, 2009 letter concerning the State Bar Complaint filed by William Zeuner, Sr. (the "Complainant") against Jordan M. Meschkow. I appreciate your understanding of the sensitive nature of Mr. Meschkow's situation. Your prior correspondence invited an informal response to the allegations against Mr. Meschkow.

**Background**

In October 2008, Mr. Meschkow sent a demand letter, on behalf of his client Sunglass Designs, Inc. ("SDI"), to the Complainant's son, William Zeuner ("Mr. W. Zeuner"), concerning trademark infringement activities at Mr. W. Zeuner's business, Wild Style Sunglasses ("WSS"). Shortly thereafter, on October 29, 2008, Mr. Meschkow filed a Complaint against Mr. W. Zeuner and WSS in the United States District Court, District of Arizona, which was amended on February 13, 2009 to include, among other things, additional defendants The Fashion Group, LLC ("FG"), ComputerCommune.com ("CC.com"), and Michael Zeuner ("Mr. M. Zeuner").[1] On February 19, 2009, the parties settled the matter and filed Final Consent Judgments that, among other things, permanently enjoin Mr. W. Zeuner, WWS, FG, CC.com, and Mr. M. Zeuner from any further activities infringing SDI's trademark rights. The Complainant, apparently unhappy with the outcome of the litigation, makes unfounded allegations against Mr. Meschkow to the State Bar related to Mr. Meschkow's (a) numerous efforts to serve his son and (b) a February 6, 2009 Status Report filed with the Court.

---

[1] Before the Amended Complaint was filed, Mr. W. Zeuner informed Mr. Meschkow during a telephone call that Mr. M. Zeuner was a close relative and, at the time the Amended Complaint was filed, Mr. Meschkow had reason to believe that WSS, FG and CC.com were under Mr. M. Zeuner and Mr. W. Zeuner's common control and ownership.

Patricia Ramirez, Staff Bar Counsel
April 28, 2009
Page 2

### A.   <u>Service of Process Allegations</u>

Mr. Meschkow's efforts to address Mr. W. Zeuner's infringement of SDI's trademark rights started on September 25, 2009, when Mr. Meschkow sent by certified mail a demand letter to WSS at an address obtained by conducting a WhoIs owner search for WSS' website. Mr. Meschkow was forced to resort to a WhoIs owner search because the WSS website failed to include any contact information for WSS other than email. Mr. Meschkow's first effort failed, when someone at WSS' address refused delivery of the certified letter.

Mr. Meschkow tried again, on October 23, 2008, when he sent a substantially identical demand letter to the same address by regular mail. This time, Mr. W. Zeuner responded to the letter by calling Mr. Meschkow on or about October 27, 2008. During this telephone conversation, Mr. W. Zeuner rejected SDI's demands and informed Mr. Meschkow that all further correspondence concerning the matter should be sent to his attorney, Mr. Anthony Monzo.

SDI, dissatisfied with the rejection of its demands, authorized Mr. Meschkow to file the Complaint on October 29, 2009. Unfortunately, efforts to formally serve the Complaint proved difficult. Over the next several weeks, efforts to serve Mr. W. Zeuner at the WSS address failed. Mr. Meschkow conducted several skip traces, which revealed Mr. W. Zeuner and his father, the Complainant, as well as several addresses in one or both of their names. Process servers staked out an identified address for two consecutive weekends, eventually speaking with the Complainant's wife and the Complainant. Both refused to identify where their son could be located and demanded the process server leave.

Increasingly frustrated with what he perceived to be active efforts to avoid service of process, Mr. Meschkow was happy to receive a November 5, 2008 letter from Mr. Monzo stating that Mr. Monzo represented "the proprietor of WildStyle Sunglasses." Relying upon this letter, as well as Mr. W. Zeuner's earlier telephonic statement that Mr. Meschkow should route all further correspondence concerning the matter to Mr. Monzo, Mr. Meschkow asked Mr. Monzo in a November 10, 2008 letter if he would accept service of process for his client. When this letter was still unanswered over a week later, Mr. Meschkow (under pressure from his client to keep this matter moving forward) decided to attempt service of process on Mr. Monzo. Service occurred on November 18, 2008, as evidenced by the Certificates for Return of Service subsequently filed with the Court and attached hereto at <u>Tab 1</u>.

The day after being served, Mr. Monzo wrote Mr. Meschkow that he was now no longer representing WSS or Mr. W. Zeuner and, therefore, could not accept service on their behalf. Mr. Monzo copied the Court on this letter. Mr. Meschkow, extremely frustrated by now with what he perceived to be yet more evasive action by WSS and Mr. W. Zeuner, decided to leave the issue up to the Court. Therefore, on December 3, 2008, Mr. Meschkow filed the Motion to Strike, attached hereto at <u>Tab 2</u>, asking the Court to strike Mr. Monzo's letter denying acceptance of service from the Docket. The Motion to Strike fully discloses to the Court the circumstances surrounding the service of WSS and Mr. W. Zeuner through Mr. Monzo.

Patricia Ramirez, Staff Bar Counsel
April 28, 2009
Page 3

On January 8, 2009, the Court granted Mr. Meschkow's motion, striking Mr. Monzo's letter. On the same day, the Court also entered default judgment against WSS and Mr. W. Zeuner. These Orders are attached at <u>Tab 3</u>.

**B.       The February 6, 2009 Status Report Allegations**

Faced with the Court's default judgment entry, WSS and Mr. W. Zeuner decided to stop avoiding the situation and start talking settlement. They retained a new lawyer, Mr. Greg Collins. On January 29, 2009, in the course of these settlement discussions, Mr. Collins' emailed Mr. Meschkow a PDF of sales records allegedly for all sales of infringing product by Mr. W. Zeuner. This PDF is attached hereto at <u>Tab 4</u>. The records included in the PDF relate only to sales by WSS.

By this time, however, Mr. Meschkow had reason to suspect that further sales of infringing product were occurring with Mr. W. Zeuner's knowledge and participation than simply the WSS sales. WSS had provided documentation showing it purchased the infringing product from FS, an entity which appeared to be under common control and ownership of Mr. W. Zeuner and Mr. M. Zeuner given certain omissions made by Mr. W. Zeuner during his October 27, 2008 telephone call with Mr. Meschkow. Consequently, Mr. Meschkow questioned the completeness of the January 29, 2009 PDF. Given WSS and Mr. W. Zeuner's past actions surrounding service of process, Mr. Meschkow was gravely concerned that an effort was underway by Mr. W. Zeuner to understate actual sales by not including sales from other, related entities.

Therefore, on February 6, 2009, in response to the Court's January 29, 2009 Order, Mr. Meschkow filed the Status Report attached at <u>Tab 5</u>. In the Status Report, Mr. Meschkow fully disclosed to the Court the current situation, including his belief that the sale records provided may be "incomplete and have been falsified for settlement purposes." Mr. Meschkow truly believed at the time he made this filing that such a possibility existed given the PDF only contained records as to WSS sales. If further infringing sales had or were still occurring through entities owned or controlled by Mr. W. Zeuner, then Mr. W. Zeuner's records related only to WSS sales would be incomplete. Similarly, Mr. W. Zeuner may have provided such incomplete records in an attempt to understate SDI's potential damages claim and, therefore, lowball the settlement. Such omission of relevant information would be fraudulent and false. Finally, Mr. Meschkow only informed the Court of his suspicions because he believed that the Court's Order to file a Status Report required full disclosure. The Status Report goes on to ask the Court take no action at this time, but instead, "allow three months" for settlement efforts to continue.

**C.       Settlement**

Within a few days after filing the Status Report, Mr. Meschkow received further information from Mr. W. Zeuner addressing his concerns with the sales records. Shortly thereafter, on February 19, 2009, the parties reached settlement and the Final Consent Judgments mentioned previously were filed.

Patricia Ramirez, Staff Bar Counsel
April 28, 2009
Page 4

## Summary

    Mr. Meschkow violated no ethical rules.  To the contrary, he at all times displayed complete candor to the Court.  In the absence of any facts establishing by clear and convincing evidence any violation of any ethical rule, he respectfully requests that this complaint be dismissed.  Of course, if you have any further questions pertinent to this matter, please feel free to contact me.

                    Very truly yours,

                    Danielle D. Janitch

DDJ:jjm
Attachments
cc:    Jordan M. Meschkow, Esq.
2557438/13145.1

TAB 1

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Arizona _____

Sunglass Designs, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Wild Style Sunglasses and William Zuener

CASE NUMBER:

TO: (Name and address of Defendant)

William Zeuner
c/o Wild Style Sunglasses
6105 S. Landis Ave
Sea Isle City, NJ 08243

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jordan M. Meschkow, Esq.
Meschkow & Gresham, P.L.C.
5727 N. 7th St.
Ste. 409
Phoenix, AZ 85014-5818

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                 DATE

12:00 pm, Oct 30, 2008
s/ Richard H. Weare, Clerk

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | *November 18, 2008* |
| NAME OF SERVER *(PRINT)* | TITLE  *NJ LICENSED PRIVATE DETECTIVE #4135* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): *Served per William Zeuner's instructions to his attorney, Anthony Monzo, c/of Bookkeeper, Kathleen Monzo, at 211 S. Main Street, Suite 104, Cape May Court House, NJ.*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *11/18/08*
            Date             Signature of Server

*199 New Rd. Ste 61, Linwood, NJ 08221*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Arizona _____

Sunglass Designs, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

Wild Style Sunglasses and William Zuener

CASE NUMBER:

TO: (Name and address of Defendant)

Wild Style Sunglasses
6105 S. Landis Ave
Sea Isle City, NJ 08243

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jordan M. Meschkow, Esq.
Meschkow & Gresham, P.L.C.
5727 N. 7th St.
Ste. 409
Phoenix, AZ 85014-5818

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                   DATE

11:11 am, Oct 30, 2008
s/ Richard H. Weare, Clerk

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE NOVEMBER 18, 2008 |
|---|---|
| NAME OF SERVER (PRINT) RICHARD J. FARR | TITLE NJ LICENSED PRIVATE DETECTIVE # 4138 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED PER WILLIAM ZEUNER'S INSTRUCTIONS TO HIS ATTORNEY, ANTHONY MONZO, C/OF BOOKKEEPER, KATHLEEN MONZO, AT 211 S. MAIN STREET, SUITE 104, CAPE MAY COURT HOUSE, NJ.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _11/18/08_     _____
              Date              Signature of Server

              199 NEW RD. STE 61, LINWOOD, NJ 08221
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

TAB 2

1  **MESCHKOW & GRESHAM, P.L.C.**
   Jordan M. Meschkow, AZ Bar No. 007454
2  Lowell W. Gresham, AZ Bar No. 009702
   5727 North Seventh Street
3  Suite 409
   Phoenix, AZ 85014-5818
4
   Telephone: (602) 274-6996
5  Facsimile: (602) 274-6970
   E-mail: jm@patentmg.com
6
   Attorneys for Plaintiff
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF ARIZONA

10 **Sunglass   Designs,   Inc.**   an   Arizona    Case No.  CV-08-1984-PHX-DGC
11 Corporation,

12            Plaintiff,                                 Motion to Strike CM/ECF #11,
                                                         Response to its Contents and
13    v.                                                    Motion for Costs

14 **Wild Style Sunglasses,** an entity of unknown
   origin;  and  **William  Zeuner,**  a  related
15 individual.

16            Defendants

17

18

19 **1. INTRODUCTION**

20         Pursuant to CM/ECF #11, a document entitled "Letter from Anthony P. Monzo to

21 Jordan M. Meschkow regarding representation of Mr. Zeuner" was made part of the

22 docket.  It is not a proper document for the record and it should be struck from it, *post*

23 *haste.*

24 **2. RESPONSE TO ITS CONTENTS**

25         Plaintiff Sunglass Designs, Inc. hereby responds to the comments made in "Letter

26 from Anthony P. Monzo to Jordan M. Meschkow regarding representation of Mr. Zeuner".

27 Before the undersigned communicated with Mr. Anthony P. Monzo, the undersigned

28 discussed this case and a settlement offer with Mr. Zeuner, on information and belief the

proprietor of Defendant Wild Style Sunglasses.  Mr. Zeuner told the undersigned some stories about his business, and that his counsel was Tony Monzo.  *See* Declaration of Jordan M. Meschkow, attached as **Exhibit A**.  In the letter, Anthony P. Monzo claims "I am no longer representing Mr. Zeuner."

It follows all too well; Anthony P. Monzo may not ethically[1] or unilaterally withdraw as counsel of record for Defendant Mr. Zeuner or Defendant Wild Style Sunglasses, after Mr. Zeuner designates him as counsel.  He also has no proof Mr. Zeuner terminated Mr. Monzo's representation.  Mr. Monzo's filing violates ER 1.2, as well.

Mr. Monzo's letter "filing" is trying to show his withdrawal, unethically and unilaterally phasing out representation of Defendant Mr. Zeuner or Defendant Wild Style Sunglasses.  Since Mr. Monzo has no proof Mr. Zeuner terminated the representation, Anthony P. Monzo may not withdraw.

## 3.  MOTION FOR COSTS AND FEES AGAINST COUNSEL

Plaintiff has wrongly had to incur costs and fees for this filing after Mr. Monzo wrongfully sent a copy of the letter to the Court for filing.  In fact, Plaintiff, by and through its counsel, responded to such letter and a copy of that letter is attached to **Exhibit A**.  Therefore, Plaintiff asks this court to award it its costs and attorney's fees against Mr. Anthony P. Monzo for his interference in this case, by sending a copy of the letter at CM/ECF #11 for improper filing.

Respectfully submitted this 3rd day of December, 2008

By:  s/Jordan M. Meschkow
     Jordan M. Meschkow, AZ Bar No. 007454
     **MESCHKOW & GRESHAM, P.L.C.**
     5727 North Seventh Street
     Suite 409
     Phoenix, AZ 85014-5818

---

[1] See **ER 1.2.(a) Scope of Representation and Allocation of Authority between Client and Lawyer, which states**  Subject to paragraphs (c) and (d), a lawyer shall abide by a client's decisions concerning the objectives of representation and, as required by ER 1.4, shall consult with the client as to the means by which they are to be pursued.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I certify that on this 3rd day of November, 2008, I electronically transmitted the attached documents to the Clerk's Office using the ECF system for filing and transmittal, and mailed a copy of this to the following non-ECF registrants:

Anthony P. Monzo, Esq.
MONZO CATANESE
SCHOOLHOUSE OFFICE PARK
211 South Main Street; Suite 104
Cape May Court House, New Jersey 08210

Attorneys for Defendants

s/Jordan M. Meschkow
Jordan M. Meschkow, AZ Bar No.
007454
**MESCHKOW & GRESHAM, P.L.C.**
5727 North Seventh Street
Suite 409
Phoenix, AZ 85014-5818

# EXHIBIT A

**MESCHKOW & GRESHAM, P.L.C.**
Jordan M. Meschkow, AZ Bar No. 007454
Lowell W. Gresham, AZ Bar No. 009702
5727 North Seventh Street
Suite 409
Phoenix, AZ 85014-5818

Telephone: (602) 274-6996
Facsimile: (602) 274-6970
E-mail: jm@patentmg.com

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| **Sunglass Designs, Inc.** an Arizona Corporation,<br><br>          Plaintiff,<br><br>     **v.**<br><br>**Wild Style Sunglasses,** an entity of unknown origin; and **William Zeuner**, a related individual.<br><br>          Defendants | Case No.  CV-08-1984-PHX-DGC<br><br>DECLARATION OF<br>PLAINTIFF'S COUNSEL<br>JORDAN M. MESCHKOW |

I, Jordan M. Meschkow, declare as follows:

1.     I am Plaintiff's counsel of record in this matter.  On October 23, 2008, I sent the attached letter dated such to these defendants (Exhibit 1).  Thereafter, Mr. William Zeuner called me to discuss the contents of the letter.

2.     During that call, Mr. Zeuner told me, he was the proprietor of Wild Style Sunglasses, that he could not settle on the terms offered because he "could not afford it", and that his attorney was Tony Monzo, so I should thereafter communicate with him on this matter.  My next instructions were to serve Mr. Monzo for these defendants.

3.     Thereafter on or about November 5, 2008, Mr. Anthony P. Monzo told me in writing he represented the proprietor of WildStyle Sunglasses (sp).  *See* Exhibit 2.

1        4.     Only after such service and the filing of the Returns of Service did Mr.

2  Monzo attempt to tell me he no longer represented Mr. Zeuner.

3        5.     Mr. Monzo sent a copy of the letter at CM/ECF #11 to me, and a true copy

4  of a response letter thereafter sent to him is attached as Exhibit 3.

5        6.     On information and belief, Mr. Monzo sent the letter at CM/ECF #11 to the

6  Court before he ever saw or considered the contents of the response letter, and never

7  considered the consequences of sending a copy to the Court.

8        7.     I declare under penalty of perjury under the laws of the United States that

9  the foregoing is true and correct and that this Declaration is executed by me on this 4th day

10  of December, 2008.

11

12                      s/Jordan M. Meschkow
                             Jordan M. Meschkow

13                           Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# MESCHKOW & GRESHAM, P.L.C.

PATENT, TRADEMARK AND COPYRIGHT LAW

Registered Patent Attorneys
JORDAN M. MESCHKOW
LOWELL W. GRESHAM
GOURI G. NAIR

Registered Patent Agent
CHARLENE JACOBSEN

Technical Paralegal
R. ROGER BRETON

23 October 2008

WildStyle Sunglasses
6105 S. Landis Ave
Sea Isle City, NJ 08243

Dear WildStyle Sunglasses Proprietor:

    We are intellectual property law counsel to Sunglass Designs, Inc.  We contact you concerning issues of Trademark Infringement, False Designation of Origin, and potential patent infringement.  The letter is directed to the http://www.wildstylesunglasses.com website WhoIs owner, as well as the entity operating at it, the letter was previously sent Certified Mail – that was returned as unclaimed; see final enclosure.

    First, our client is owner of United States Trademark Registration No. 2762616 for X-RATED® in connection with eyeglasses, sunglasses, and safety goggles, and accessories therefor, namely cases, neck straps, neck cords, and neck chains.  Next, we have recently seen your website at the above domain name, and there, we clearly see you selling myriad sunglasses **under the above registered trademark.**  We have captured the webpages using the infringing mark to use as evidence of such infringement, later, if needed.

    Any such use of these registered mark **X-RATED** for any goods related to sunglasses, eyeglasses, goggles or any accessories therefor, such as neck cords, cases, cleaning cloths and solutions, and replacement parts and lenses would be acted upon by us and our client as a straightforward Trademark Infringement Action. The Trademark Act is fairly straightforward as to what acts are considered infringement.  Specifically 15 U.S.C. §1114 states:

    "(1) Any person who shall, without the consent of the registrant-

        (a) use in commerce any reproduction, counterfeit, copy, or colorable imitation of a registered mark in connection with the sale, offering for sale, distribution, or advertising, of any goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive; or

        (b) reproduce, counterfeit, copy, or colorably imitate a registered mark and apply such reproduction, counterfeit, copy, or colorable imitation to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in

WildStyle Sunglasses
23 October 2008
Page 2

commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods or services on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive
shall be liable in a civil action by the registrant for the remedies hereinafter provided."

Additionally, this use of this name is clearly likely to cause confusion among consumers for the listed goods under sub-paragraph (a) above. Additionally, any use of the X-RATED mark would also constitute the copying of a registered mark, which when applied to advertisements intended to be used in commerce in connection with the sale, offering for sale, or advertising of goods, would be likely to cause confusion under sub-paragraph (b) above.

Now that you have been notified, all continued use of these images with the identical mark X-RATED is with actual knowledge of our client and its marks, and shows the copying was intentional. This would allow a court to award elevated damages for the infringement. Up to now, your infringement is still "with notice" as constructive notice to this registration, lies under 15 U.S.C. §1072.

Any use of this term also violates the false designation or representation statute. Title 15 U.S.C. §1125(a) states:

(a)(1) Any person who, on or in connection with any goods or services … uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which-
(A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or
(B) in commercial advertising or promotion, misrepresents the nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services, or commercial activities,
shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

The use of the identical mark will cause confusion or deceive the public into thinking your goods or services originate or are somehow related to our client, or have the sponsorship or approval of our client.

The remedies available to us include an injunction or court order ordering you to cease use of any of Sunglass Designs, Inc.'s marks, an injunction prohibiting your or anyone else's use or sale of the X-RATED mark, an award of your profits from the use or sale of the mark, monetary damages above and beyond your profits, seizure, impoundment and destruction of any

WildStyle Sunglasses
23 October 2008
Page 3

infringing literature and material bearing the term X-RATED, and costs of the action.  Attorney fees are awardable where you refuse to settle our claims or a suit, if necessary.

We hereby demand you cease offering for sale all sunglasses bearing the X-RATED mark, immediately, or face a lawsuit. We also expect payment for the infringement in amount of $10,000.00, and the agreement to our terms by **7 November 2008**.  Your failure to agree to our terms, or to respond by the appointed date, shall result in suit being filed and served for the infringement.  Note we shall not remain open to settlement if a suit must be filed.

Sincerely,

MESCHKOW & GRESHAM, P.L.C.

Jordan M. Meschkow

JMM/mj
Enclosures
Copies:  I Jeffrey Obstfeld, President
          Sunglass Designs, Inc.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,762,616
Registered Sep. 9, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## X-RATED

SUNGLASS DESIGNS, INC. (ARIZONA COR-
PORATION)
9390 NORTH 95TH STREET
SCOTTSDALE, AZ 85258

FOR: EYEGLASSES, SUNGLASSES, AND SAFE-
TY GOGGLES, AND ACCESSORIES THEREFOR,
NAMELY CASES, NECK STRAPS, NECK CORDS,

AND NECK CHAINS, IN CLASS 9 (U.S. CLS. 21, 23,
26, 36 AND 38).

FIRST USE 4-17-2003; IN COMMERCE 4-17-2003.

SN 76-370,353, FILED 2-12-2002.

REBECCA GILBERT, EXAMINING ATTORNEY

# EXHIBIT 2

ANTHONY P. MONZO
(LLM Taxation)

ATTORNEYS AT LAW

# MONZO CATANESE

A Professional Corporation

P. THOMAS HILLEGASS

ANDREW D. CATANESE

MELINDA J. WEBER

November 5, 2008

| | |
|---|---|
| TO: | Jordan M. Meschkow, Esquire |
| FAX NO. | 602-274-6970 |
| FROM: | Anthony P. Monzo, Esquire |
| RE: | X-RATED Sunglasses |
| OUR CLIENT: | WildStyle Sunglasses |

NO. OF PAGES (INCLUDING COVER SHEET):  2

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

**** NOTICE OF CONFIDENTIALITY ****

**THE DOCUMENTS ATTACHED TO THIS COVER LETTER CONTAIN INFORMATION WHICH IS BOTH CONFIDENTIAL AND LEGALLY PRIVILEGED**

This information is intended solely for the use of the individual named as the recipient above. All others are notified that any unauthorized copying, distribution or disclosure of these materials, or the taking of any action in reliance thereon is prohibited. If you have received this telecopy in error, please notify the sender immediately and follow the directions given to you for the safeguarding or destruction of the documents in question.

---

SCHOOLHOUSE OFFICE PARK, 211 SOUTH MAIN STREET, SUITE 104, CAPE MAY COURT HOUSE, NEW JERSEY 08210
PHONE: (609) 463-4601      FAX: (609) 463-4606
WWW.MONZOLAW.COM

{APM00019483.DOC v. 1}

ANTHONY P. MONZO
(LLM Taxation)

ANDREW D. CATANESE

ATTORNEYS AT LAW

# MONZO CATANESE
A Professional Corporation

F. THOMAS HILLEGASS

MELINDA J. WEBER

November 5, 2008

Jordan M. Meschkow, Esquire
Meschkow & Gresham, P.L.C.
5727 North Seventh Street, Suite 409
Phoenix, AZ 85014-5818

     Re:   X-RATED Sunglasses

Dear Mr. Meschkow:

     Please be advised that I represent the proprietor of WildStyle Sunglasses. This letter is in response to your letter of October 23, 2008. Please be advised that my client is not offering for sale any sunglasses bearing the X-RATED mark and will not do so in future. I assume this resolves any outstanding issues that you have with my client. If not, please contact me at your earliest convenience.

     Thank you for your attention to this matter.

               Very truly yours,

               ANTHONY P. MONZO
               amonzo@monzolaw.com

APM/kmm

SCHOOLHOUSE OFFICE PARK, 211 SOUTH MAIN STREET, SUITE 104, CAPE MAY COURT HOUSE, NEW JERSEY 08210
PHONE (609) 463-4601   FAX (609) 463-4606
{APM00033629.DOC v. 1}   WWW.MONZOLAW.COM

# EXHIBIT 3

# MESCHKOW & GRESHAM, P.L.C.

PATENT, TRADEMARK AND COPYRIGHT LAW

Registered Patent Attorneys
JORDAN M. MESCHKOW
LOWELL W. GRESHAM
GOURI G. NAIR
———————————
Registered Patent Agent
CHARLENE JACOBSEN
———————————
Technical Paralegal
R. ROGER BRETON

1 December 2008

Anthony P. Monzo, Esq.
MONZO CATANESE
SCHOOLHOUSE OFFICE PARK
211 South Main Street; Suite 104
Cape May Court House, New Jersey 08210

Dear Mr. Monzo:

Thank you for your 25 November 2008 letter. I will now repeat "before serving you, Mr. Zeuner identified you as his counsel of record to me. Then, you identified yourself as his and Wild Style Sunglasses' counsel of record." You cannot unilaterally state or decide the issue for me or for your client in that regard, as to whether "I am no longer representing Mr. Zeuner." If and when Mr. Zeuner contacts me, only he can tell me he has released you as attorney for both him and Wild Style Sunglasses. Since we have served his identified counsel, he cannot retroact our service on him.

Moreover, we have served you as attorney for the defendants. You are not necessarily the attorney of record, or representing them in this matter, so whether you are "not licensed to practice in the United States District Court for the district of Arizona and therefore I am unable and unwilling to represent Mr. Zeuner in this matter" is irrelevant to us. As attorney for the defendants, you could be served in their stead as identified by your client, alone.

Please be advised, on Mr. Zeuner's expressed authority, we have filed certificates for the return of service for Wild Style Sunglasses' and Mr. Zeuner on Tuesday 11/25/2008 with service dates of 11/18/2008. If no answer or appearance is timely made, we shall default them.

Sincerely,

MESCHKOW & GRESHAM, P.L.C.

Jordan M. Meschkow, Esq.

JMM/acm
Enclosure
Cc: client

5727 NORTH SEVENTH STREET    SUITE 409    PHOENIX, ARIZONA 85014-5818
(602) 274-6996    FAX: (602) 274-6970    EMAIL: MG@PATENTMG.COM

TAB 3

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sunglass Designs, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIV-08-1984-PHX-DGC |
| vs. | ) | |
| | ) | |
| | ) | **ENTRY OF DEFAULT** |
| Wild Style Sunglasses and William | ) | |
| Zeuner, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and by order of the Court, default is hereby entered as to Defendant Wild Style Sunglasses.

DEFAULT ENTERED this 8th day of January, 2009.

RICHARD H. WEARE, CLERK/DCE


S/ Linda S. Patton
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Sunglass Designs, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | CIV-08-1984-PHX-DGC |
| | ) | |
| vs. | ) | |
| | ) | **ENTRY OF DEFAULT** |
| Wild Style Sunglasses and William | ) | |
| Zeuner, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and by order of the Court, default is hereby entered as to Defendant William Zeuner.

DEFAULT ENTERED this 8th day of January, 2009.

RICHARD H. WEARE, CLERK/DCE


S/ Linda S. Patton
Deputy Clerk

**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sunglass Designs, Inc., an Arizona corporation, | ) No. CV-08-1984-PHX-DGC |
| | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) |
| | ) |
| Wild Style Sunglasses; and William Zeuner, | ) |
| | ) |
| Defendants. | ) |
| | ) |

On November 25, 2008, attorney Anthony Monzo sent a letter to Plaintiff's counsel stating that Mr. Monzo no longer represents Defendant William Zeuner. A copy of the letter was sent to the Clerk of Court. The Clerk filed the letter on December 1, 2008. Dkt. #11.

Plaintiff has filed a motion to strike the letter from the record. Dkt. #12. Rule 7.2 of the Local Rules of Civil Procedure provides that a motion to strike may be filed "if it seeks to strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by a statute, rule, or court order." LRCiv 7.2(m). The Court agrees with Plaintiff that Mr. Monzo's letter, standing alone and unaccompanied by a motion or other legal filing, is not a proper document for the record. The Court accordingly will grant Plaintiff's motion to strike. *See* LRCiv 7.2(m).

**IT IS ORDERED:**

1.  Plaintiff's motion to strike (Dkt. #12) is **granted**.

1    2.    The Clerk is directed to strike the letter from Mr. Monzo (Dkt. #11) from the

2          record.

3    3.    Plaintiff's motion for costs and fees (Dkt. #12) is **denied**.

4    DATED this 8th day of January, 2009.

5

6

7                                        *David G. Campbell*

8    _____

                                        David G. Campbell
9                                      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TAB 4

**The Fashion Group LLC**

276 N. Market Blvd
Webster FL 33597
352-568-7111
Fax 352-568-3265
www.thefashiongroup.net

**INVOICE**

Date :
Inv #

Source

| Bill To: | Ship To: |
|---|---|

E-MAIL: _____ CC# _____   **EXP** /

I Herby Authorize The Fashion Group L.L.C. to charge my Account for payment of all merchandise purchased. I understand that as a wholesale customer, I am not entitled to a refund. As a wholesale customer, I understand that all sales are final. By signing this document, I agree this is a legally binding contract between myself and The Fashion Group L.L.C. I agree to pay any and all legal fees caused by my actions. _____ Signature _____ Print name

| PHONE: | SALES REP: | FOR FL | SHIP VIA: | TERMS | APPROVAL #: |
|---|---|---|---|---|---|
| (509) 495-1232 | | | | VISA | |

| QTY | ITEM | DESCRIPTION: | UNIT PR | TOTAL |
|---|---|---|---|---|
| 75 | | Dozen of yoyo | 15.00 | 1025 00 |
| 10 | | Dozen microfiber bags | 8.00 | 80 00 |
| 1 | | set of acrylic display | | 20 00 |
| 1 | | dozen chopper hats | | 18 00 |
| 10 | | dozen black @ 10.00 by my | 10.00 | 100 00 |

The Fashion Group
361.75 SR 50 SUITE 204
CLERMONT, FL 34711

C O P Y
06-11-2006  11:17
Sale :

Transaction #          1
Card Type:          VISA
Acct: ***********1017
Entry:          Manual
Sale:          1268.00
Auth Code:          09310B
Response:          APPROVED
AUS Resp :
Exact match on address
and ZIP code

**EXCHANGES AND DAMAGES:**
IN EVEN DOZENS OF THE ORIGINAL
Printed Items. Closeouts and
sable, non refundable under any
HIN 14 DAYS OF INITIAL PURCHASE.
GES WILL NOT BE HONORED**

**NO CASH
REFUNDS
FASHION
GROUP
CREDIT
ONLY.**

| | |
|---|---|
| SUBTOTAL | |
| TAX | |
| FREIGHT | 32.00 |
| DEPOSIT | |
| TOTAL | |

History - PayPal

# PayPal

| My Account | Send Money | Request Money | Merchant Services | Auction Tools | Products & Services |

Basic Search

Advanced Search

Download My History

## History

Monthly account statements let you view a summary of your activity

Reports let you track sales, disputes, and more

**Search**

Show:  [ - Payments Received - ]

C  Within:  [ The Past Day ]

⊙  From:  [12] / [26] / [2006]
          Month   Day    Year

To:  [1] / [27] / [2009]
     Month   Day   Year     [Search]

Search

**Payments Received from Dec. 26, 2006 to Jan. 27, 2009**

[ NEXT ▶ ]

| Date | Type | To/From | Name/Email | Status | Action | Gross | Fee | Net Amount |
|------|------|---------|------------|--------|--------|-------|-----|-----------|
| Sep. 28, 2008 | Payment | From | Jerry Hester | Refunded | Details | $26.00 USD | -$1.05 USD | $24.95 USD |
| Sep. 18, 2008 | Payment | From | Glenda Harrison | Completed | Details | $31.20 USD | -$1.20 USD | $30.00 USD |
| Sep. 1, 2008 | Payment | From | Magna Web, Inc. | Completed | Details | $26.67 USD | $0.00 USD | $26.67 USD |
| Aug. 26, 2008 | Payment | From | george coley | Completed | Details | $23.00 USD | -$0.97 USD | $22.03 USD |
| Aug. 26, 2008 | Payment | From | george coley | Completed | Details | $280.00 USD | -$8.42 USD | $271.58 USD |
| Aug. 21, 2008 | Payment | From | george coley | Completed | Details | $31.00 USD | -$1.20 USD | $29.80 USD |

# History - PayPal

| Date | Type | | Name | Status | | Amount |
|---|---|---|---|---|---|---|
| Aug. 18, 2008 | Payment | From | george ovley | Completed | Details | $318.00 USD | $308.54 USD |
| Jul. 31, 2008 | Payment | From | carmine mirabile | Completed | Details | $31.20 USD | $1.20 USD | $30.00 USD |
| Jul. 25, 2008 | Payment | From | George Perz | Cleared | Details | $26.00 USD | -$1.05 USD | $24.95 USD |
| Jul. 7, 2008 | Payment | From | Trey Speaker | Completed | Details | $49.00 USD | -$1.72 USD | $47.28 USD |
| May 12, 2008 | Payment | From | grainger power washing | Completed | Details | $13.00 USD | -$0.68 USD | $12.32 USD |
| Apr. 22, 2008 | Payment | From | Jamie Biggs | Completed | Details | $26.00 USD | -$1.05 USD | $24.95 USD |
| Apr. 17, 2008 | Payment | From | Kevin Kloza | Completed | Details | $26.00 USD | -$1.05 USD | $24.95 USD |
| Mar. 9, 2008 | Payment | From | P31 Boutique | Completed | Details | $177.00 USD | -$5.43 USD | $171.57 USD |
| Feb. 3, 2008 | Payment | From | Magna Web, Inc. | Completed | Details | $32.75 USD | $0.00 USD | $32.75 USD |
| Sep. 18, 2007 | Payment | From | David White | Completed | Details | $31.20 USD | -$1.20 USD | $30.00 USD |
| Jun. 28, 2007 | Payment | From | Terrance Warren | Completed | Details | $26.00 USD | -$1.05 USD | $24.95 USD |
| Jun. 10, 2007 | Payment | From | philippe steinmetz | Completed | Details | $106.00 USD | -$4.43 USD | $101.57 USD |
| May 13, 2007 | Payment | From | philippe steinmetz | Completed | Details | $110.70 USD | -$4.62 USD | $106.08 USD |
| Apr. 25, 2007 | Payment | From | philippe steinmetz | Completed | Details | $146.95 USD | -$6.03 USD | $140.92 USD |



About SSL Certificates

Copyright © 1999-2009 PayPal. All rights reserved.
Information about FDIC pass-through insurance

To contact Customer Service about your History Log or Monthly Statement, use this form, call 1-888-221-1161, or

Mobile | Mass Pay | Money Market | Debit Card   Referrals | About Us | Accounts   Fees | Privacy | Bus Cent
Security Center | Contact Us | Legal Agreements | Developers | Site Feedback [+]

History - PayPal

# PayPal

|  | | Search |

| My Account | Send Money | Request Money | Merchant Services | Auction Tools | Products & Services |

**History**

Basic Search
Advanced Search
Download My History

Monthly account statements let you view a summary of your activity

Reports let you track sales, disputes, and more

### Search

**Show:** | Payments Received | ▾ |

○ **Within:** | The Past Day | ▾ |

● **From:** | 12 | / | 28 | / | 2006 |
|  | Month | | Day | | Year |

**To:** | | / | 27 | / | 2009 |
|  | Month | | Day | | Year |

| Search |

### Payments Received from Dec. 28, 2006 to Jan. 27, 2009

| Date | Type | To/From | Name/Email | Status | Details | Actions | Gross | Fee | Net Amount |
|------|------|---------|------------|--------|---------|---------|-------|-----|-----------|
| | | | | | | | | | < prev |
| Apr. 23, 2007 | Payment | From | Kelly Burgess | Completed | Details | | $62.40 USD | -$2.11 USD | $60.29 USD |
| Mar. 21, 2007 | Payment | From | Harold Pedraza | Completed | Details | | $39.00 USD | -$1.43 USD | $37.57 USD |
| Feb. 25, 2007 | Payment | From | Arlen Carpenter | Completed | Details | | $62.40 USD | -$2.11 USD | $60.29 USD |
| | | | | | | | | | < prev |

PayPal Website Payment Details - PayPal                                    Page 1 of 2

Log Out  |  Help  |  Security Center

# PayPal

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Shopping Cart Payment Received (Unique Transaction ID #88W09277R75839027)**

This transaction has been refunded.
For further details please see transaction 9NY16879GP844072V

### Original Transaction

| Date | Type | Status | Details | Gross | Fee | Net |
|---|---|---|---|---|---|---|
| Sep. 29, 2008 | Payment From Jerry Hester | Refunded | | $26.00 USD | -$1.05 USD | $24. |

### Related Transaction

| Date | Type | Status | Details | Gross | Fee | Net |
|---|---|---|---|---|---|---|
| Oct. 15, 2008 | Refund | Completed | Details | -$26.00 USD | $1.05 USD | -$24. |
| | | | Total: | $0.00 USD | $0.00 USD | $0. |

Name: Jerry Hester   (The sender of this payment is Verified)
Email: jhest@cox.net
Payment Sent to: orders@wildstylesunglasses.com

### Shopping Cart Contents

| Qty | Item | Options | Price |
|---|---|---|---|
| 2 | 1 pair X-SHOCK 3100 black | | $20.00 USD |
| | | Amount | $20.00 USD |

Order Description: Shopping Cart
Item Total: $20.00 USD
Shipping: $6.00 USD
Handling: $0.00 USD

Total Amount: $26.00 USD
Fee: -$1.05 USD
Total: $24.95 USD

Date: Sep. 29, 2008
Time: 09:03:13 PDT

PayPal Website Payment Details - PayPal

2

# PayPal

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Shopping Cart Payment Received (Unique Transaction ID #7JF717469382368 1H)**

Name: Glenda Harrison    (The sender of this payment is Verified)
Email: glengdwtch@aol.com
Payment Sent to: orders@wildstylesunglasses.com

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | XR-746 | | $24.00 USD |
| | | Amount | $24.00 USD |

Order Description: Shopping Cart
Item Total: $24.00 USD
Shipping: $7.20 USD
Handling: $0.00 USD

Total Amount: $31.20 USD
Fee: -$1.20 USD
Total: $30.00 USD

Date: Sep. 16, 2008
Time: 13:11:39 PDT
Status: Completed

Seller Protection Policy: Eligible [?]

Attn. Sellers: You must ship to the address shown below to be protected under PayPal's Seller Protection
Policy.

Shipping Address: Glenda Harrison
945 E. Jensen St.
Mesa, AZ 85203
United States
Confirmed [?]

Transaction Details - PayPal

3

Log Out | Help | Security Center

# PayPal

My Account   Send Money   Request Money   Merchant Services   Auction Tools   Products & Servic

## Transaction Details

OK to complete the transaction

**Payment Status: Completed**

**What should I do now?**

- Contact the buyer to confirm the purchase
- Save all correspondence with the buyer

Following these guidelines can help protect you if a claim is filed for an unauthorized payment or items not received.

Tips to sell securely

**Seller Protection:**
Not Eligible

We have no shipping address on file.

**Payment Received** (Unique Transaction ID #0UY84050K2376590Y)

Business Name: Magna Web, Inc.
Buyer Email: ccasseta@magnawebinc.com
Payment Sent to: wzeurier@yahoo.com

*Nothing to do with Sunglasses*

**Business Contact Information**

Customer Service URL: http://www.mrrebates.com
Customer Service Email: ccasseta@magnawebinc.com
Customer Service Phone: 630-584-1570

Amount received: $25.67 USD
Fee: $0.00 USD
Total: $25.67 USD

Date: Sep. 1, 2009
Time: 08:48:26 PDT
Status: Completed

Subject: Magna Web, Inc.
Note: This payment fulfills all payment requests made in August of 2009 from your Mr. Rebates' account. Thank you for using Mr. Rebates and we look forward to rewarding you for all of your future online shopping!
Custom Note: Mr. Rebates Payment for Aug. 2009
Shipping Address: No Address Provided

Transaction Details - PayPal                                    Page 1 of 2

Log Out  |  Help  |  Security Center                    4

**PayPal**

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Payment Received (Unique Transaction ID #3PN23390WL284090G)**        *All  X-Shock*

Sent by: george coley

Buyer Email: kcracin@aol.com

Payment Sent to: orders@wildstylesunglasses.com

Amount received: $280.00 USD
Fee: -$8.42 USD
Total: $271.58 USD

Date: Aug. 26, 2006
Time: 05:26:07 PDT
Status: Completed

Seller Protection Policy: Eligible (if certain criteria are met) ?

Attn. Sellers: You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

Subject: george coley

Shipping Address: george coley
14301 leisure lane
weeki wachee, FL 34614
United States
Confirmed  ?

Payment Type: Instant

**Shipping:**
[ Print Packing Slip | Add Tracking Info ] ?

**Refund:**
If you need to refund this payment to the sender for any reason, you may do so using Send Money. The Refund Payment option is only available for 60 days after a payment is sent.

[ Return to Log ]

*6*

# WILD STYLE SUNGLASSES
## INVOICE
**6105 S. LANDIS AVE**
**SEA ISLE CITY, NJ 08243**
ORDERS@WILDSTYLESUNGLASSES.COM

| DATE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| 8/26/2008 | 14 DOZEN X-SHOCK SUNGLASSES AT $20.00 PER DOZEN | $280.00 |
| | CUSTOMER PAID SHIPPING | $23.00 |
| | TOTAL: | $303.00 |

**PURCHASER INFORMATION:**

GEORGE COLEY
14301 LEISURE LANE
WEEKI WACHEE, FL 34614

Transaction Details - PayPal

Log Out | Help | Security Center

5

# PayPal

**My Account**   **Send Money**   **Request Money**   **Merchant Services**   **Auction Tools**   **Products & Servic**

## Transaction Details

**Payment Received (Unique Transaction ID #7XN9424284191094G)**

**Sent by:** george coley

**Buyer Email:** kcracin@aol.com

**Payment Sent to:** orders@wildstylesunglasses.com

*X-Shock shipping cost*

**Amount received:** $23.00 USD
**Fee:** -$0.97 USD
**Total:** $22.03 USD

**Date:** Aug. 26, 2008
**Time:** 19:36:09 PDT
**Status:** Completed

**Seller Protection Policy:** Eligible (if certain criteria are met)  [?]

**Attn. Sellers:** You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

**Subject:** george coley
**Shipping Address:** george coley
14301 leisure lane
weeki wachee, FL 34614
United States
Confirmed  [?]

**Payment Type:** Instant

**Shipping:**
[ Print Packing Slip | Add Tracking Info ]  [?]

**Refund:**
If you need to refund this payment to the sender for any reason, you may do so using Send Money. The Refund Payment option is only available for 60 days after a payment is sent.

Return to Log

Transaction Details - PayPal

Log Out  |  Help  |  Security Center

**PayPal**

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Payment Received (Unique Transaction ID #75W31878YT792725L)**

Sent by: george coley

Buyer Email: kcracin@aol.com

Payment Sent to: orders@wildstylesunglasses.com

*All X-Shock*
*Shipping cost*

Amount received: $31.00 USD

Fee: -$1.20 USD

Total: $29.80 USD

Date: Aug. 21, 2008

Time: 05:00:25 PDT

Status: Completed

Seller Protection Policy: Eligible (if certain criteria are met)  [?]

Attn. Sellers: You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

Subject: george coley

Shipping Address: george coley
14301 leisure lane
weeki wachee, FL 34614
United States
Confirmed  [?]

Payment Type: Instant

**Shipping:**
[ Print Packing Slip |  Add Tracking Info ]  [?]

**Refund:**
If you need to refund this payment to the sender for any reason, you may do so using Send Money. The Refund Payment option is only available for 60 days after a payment is sent.

[ Return to Log ]

Transaction Details - PayPal

Page 1 of 2

7

# PayPal

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

OK to complete the transaction

Payment Status: Completed

**What should I do now?**

- Contact the buyer to confirm the purchase
- Save all correspondence with the buyer

Following these guidelines can help protect you if a claim is filed for an unauthorized payment or items not received.

Tips to sell securely

Seller Protection:
Not Eligible

We have no shipping address on file.

Payment Received (Unique Transaction ID #68X43670F7788702M)

*All X-Shock*

Sent by: george coley
Buyer Email: kcracin@aol.com
Payment Sent to: orders@wildstylesunglasses.com

Amount received: $316.00 USD
Fee: -$9.46 USD
Total: $306.54 USD

Date: Aug. 19, 2008
Time: 10:51:36 PDT
Status: Completed

Subject: george coley
Shipping Address: No Address Provided

Payments without a shipping address are not covered by PayPal's seller protection policies and programs. Learn More

Payment Type: Instant

Shipping:
[ Print Packing Slip ]  Add Tracking Info ] 🔲

9

# WILD STYLE SUNGLASSES
## INVOICE
### 6105 S. LANDIS AVE
### SEA ISLE CITY, NJ 08243
ORDERS@WILDSTYLESUNGLASSES.COM

| DATE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| 8/19/2008 | 14 DOZEN X-SHOCK SUNGLASSES AT $20.00 PER DOZEN | $316.00 |
| | SHIPPING PAID BY CUSTOMER | $31.00 |
| | TOTAL: | $347.00 |

### PURCHASER INFORMATION:

GEORGE COLEY
14301 LEISURE LANE
WEEKI WACHEE, FL 34614

PayPal Website Payment Details - PayPal

Log Out  |  Help  |  Security Center

**PayPal**

/0

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Shopping Cart Payment Received** (Unique Transaction ID #7YS00115197180641)

Name: carmine mirable   (The sender of this payment is Unregistered)
Email: eatmypizza241@aol.com
Payment Sent to: orders@wildstylesunglasses.com

**Shopping Cart Contents**

| Qty | Item | Options | | Price |
|-----|------|---------|-----|-------|
| 1 | XR-721 | | | $24.00 USD |
| | | | Amount | $24.00 USD |

Order Description: Shopping Cart
Item Total: $24.00 USD
Shipping: $7.20 USD
Handling: $0.00 USD

Total Amount: $31.20 USD
Fee: -$1.20 USD
Total: $30.00 USD

Date: Jul. 31, 2008
Time: 14:19:29 PDT
Status: Completed
Seller Protection Policy: Eligible 🔲

Attn. Sellers: You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

Shipping Address: carmine mirable
4701 white plain rd
bronx, NY 10470
United States
Confirmed 🔲

PayPal Website Payment Details - PayPal                                    Page 1 of 5

Log Out  |  Help  |  Security Center

**PayPal**

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

✓ **OK to ship**                                                Payment Status:

**What should I do now?**

- Ship to the buyer's address listed on this page.
- Ship the item using an approved carrier.
- Save all tracking info or other proof of shipment.

Learn more about how PayPal protects sellers

**Ship to this address:**
George Perz
1361 Bunts Rd
Lakewood, OH 44107
United States

**Shipping Address:**
Unconfirmed  ?

**Shopping Cart Payment Received (Unique Transaction ID #3C123758JU205784B)**

### Original Transaction

| Date | Type | Status | Details | Gross | Fee | Net |
|------|------|--------|---------|-------|-----|-----|
| Jul. 25, 2008 | Payment From George Perz | Cleared | ... | $26.00 USD | -$1.05 USD | $24 |

### Related Transaction

| Date | Type | Status | Details | Gross | Fee | Net |
|------|------|--------|---------|-------|-----|-----|
| Jul. 30, 2008 | Shopping Cart Payment Received | Cleared | Details | $26.00 USD | -$1.05 USD | $24 |

**Name:** George Perz   (The sender of this payment is Verified)
**Email:** gw_perz@yahoo.com
**Payment Sent to:** orders@wildstylesunglasses.com

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | 1 pair Yellow jacket 100 gunmetal | | $10.00 USD |
| 1 | 1 pair Yellow jacket 100 white | | $10.00 USD |
| | | Amount | $20.00 USD |

**Order Description:** Shopping Cart
**Item Total:** $20.00 USD
**Shipping:** $6.00 USD

Transaction Details - PayPal

*12*

# PayPal

My Account   Send Money   Request Money   Merchant Services   Auction Tools   Products & Servic

## Transaction Details

**Payment Received** (Unique Transaction ID #87K90073RY0804211)

| | |
|---|---|
| **Sent by:** | Trey Spraker |
| **Buyer Email:** | landbarron@netscape.com |
| **Payment Sent to:** | orders@wildstylesunglasses.com |

| | |
|---|---|
| **Amount received:** | $49.00 USD |
| **Fee:** | -$1.72 USD |
| **Total:** | $47.28 USD |

| | |
|---|---|
| **Date:** | Jul. 7, 2008 |
| **Time:** | 08:03:45 PDT |
| **Status:** | Completed |

| | |
|---|---|
| **Seller Protection Policy:** | Eligible (if certain criteria are met) [?] |
| **Attn. Sellers:** | You must ship to the address shown below to be protected under PayPal's Seller Protection Policy. |
| **Subject:** | Trey Spraker has just sent you $47.28 USD with PayPal |
| **Shipping Address:** | Trey Spraker |
| | 6800 Elsemere Road |
| | Nashville, TN 37205 |
| | United States |
| | Confirmed [?] |

| | |
|---|---|
| **Payment Type:** | Instant |

**Shipping:**
[ Print Packing Slip ] Add Tracking Info ] [?]

**Refund:**
If you need to refund this payment to the sender for any reason, you may do so using Send Money. The Refund Payment option is only available for 60 days after a payment is sent.

[ Return to Log ]

# WILD STYLE SUNGLASSES
## INVOICE

*13*

**6105 S. LANDIS AVE**
**SEA ISLE CITY, NJ 08243**
ORDERS@WILDSTYLESUNGLASSES.COM

| DATE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| 7/7/2008 | 1 DOZEN BLACK BOX MIX III | $16.00 |
| | 1 SAMPLE BOX OF MAD MARLIN, X-SHOCK | $24.00 |
| | OCCIALLE AND DIAMOND GIRL (3 EACH) | |
| | CUSTOMER PAID SHIPPING | $9.00 |
| | TOTAL: | $49.00 |

### PURCHASER INFORMATION:

**TREY SPRAKER**
**6600 ELLESMERE RD**
**NASHVILLE, TN 37205**

PayPal Website Payment Details - PayPal                    Page 1 of 2

*14*

Log Out | Help | Security Center

**PayPal**

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Shopping Cart Payment Received (Unique Transaction ID #7P792899GJ715613H)**

| | |
|---|---|
| **Business Name:** | granger power washing   (The sender of this payment is Verified) |
| **Email:** | slickshooter@sbcglobal.net |
| **Payment Sent to:** | orders@wildstylesunglasses.com |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | 1 pair Mad Marlin 5 barracuda black | | $10.00 USD |
| | | Amount | $10.00 USD |

| | |
|---|---|
| **Order Description:** | Shopping Cart |
| **Item Total:** | $10.00 USD |
| **Shipping:** | $3.00 USD |
| **Handling:** | $0.00 USD |

| | |
|---|---|
| **Total Amount:** | $13.00 USD |
| **Fee:** | -$0.68 USD |
| **Total:** | $12.32 USD |

| | |
|---|---|
| **Date:** | May 12, 2008 |
| **Time:** | 15:13:53 PDT |
| **Status:** | Completed |
| **Seller Protection Policy:** | Eligible ? |
| **Attn. Sellers:** | You must ship to the address shown below to be protected under PayPal's Seller Protection Policy. |

| | |
|---|---|
| **Shipping Address:** | granger power washing<br>1741 chessington drive<br>mishawaka, IN 46544<br>United States<br>Confirmed ? |

PayPal Website Payment Details - PayPal                                    Page 1 of 2

Log Out  |  Help  |  Security Center

# PayPal

15

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Shopping Cart Payment Received (Unique Transaction ID #1SS945731C2891831)**

| | |
|---|---|
| **Name:** | Jamie Biggs   (The sender of this payment is Unregistered) |
| **Email:** | jamiebiggs@hotmail.com |
| **Payment Sent to:** | orders@wildstylesunglasses.com |

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | 1 pair Occhiale 4050 White Hot | | $10.00 USD |
| 1 | 1 pair Occhiale 4042 tan | | $10.00 USD |
| | | Amount | $20.00 USD |

| | |
|---|---|
| **Order Description:** | Shopping Cart |
| **Item Total:** | $20.00 USD |
| **Shipping:** | $6.00 USD |
| **Handling:** | $0.00 USD |

| | |
|---|---|
| **Total Amount:** | $26.00 USD |
| **Fee:** | -$1.05 USD |
| **Total:** | $24.95 USD |

| | |
|---|---|
| **Date:** | Apr. 22, 2008 |
| **Time:** | 10:15:07 PDT |
| **Status:** | Completed |
| **Seller Protection Policy:** | Eligible [?] |

**Attn. Sellers:** You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

| | |
|---|---|
| **Shipping Address:** | Jamie Biggs |
| | 808 Sylvester Dr. |
| | Vineland, NJ 08360 |
| | United States |

PayPal Website Payment Details - PayPal                    Page 1 of 2

Log Out  |  Help  |  Security Center

**PayPal**                                                    16

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

# Transaction Details

**Shopping Cart Payment Received (Unique Transaction ID #8ES10865WE7308052)**

Name: Kevin Kloza    (The sender of this payment is Verified)
Email: kevin.kloza@jpmorgan.com
Payment Sent to: orders@wildstylesunglasses.com

**Shopping Cart Contents**

| Qty | Item | Options | | Price |
|---|---|---|---|---|
| 2 | 1 pair Mad Marlin 3 barracuda brown | | | $20.00 USD |
| | | | Amount | $20.00 USD |

Order Description: Shopping Cart
Item Total: $20.00 USD
Shipping: $6.00 USD
Handling: $0.00 USD

Total Amount: $26.00 USD
Fee: -$1.05 USD
Total: $24.95 USD

Date: Apr. 17, 2008
Time: 10:14:55 PDT
Status: Completed

Seller Protection Policy: Eligible ⍰

Attn. Sellers: You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

Shipping Address: Kevin Kloza
20 South Rockaway Dr.
Boonton Township, NJ 07005
United States
Confirmed ⍰

PayPal Website Payment Details - PayPal

Page 1 of 1

Log Out | Help | Security Center

**PayPal**

*17*

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Shopping Cart Payment Received (Unique Transaction ID #11D76224Y0603193V)**

Business Name: P31 Boutique    (The sender of this payment is Verified)
Email: p31boutique@aol.com
Payment Sent to: orders@wildstylesunglasses.com

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | 108 PIECE MARBLED FLOOR SPINNER DISPLAY | | $150.00 USD |
| | | Amount | $150.00 USD |

Order Description: Shopping Cart
Item Total: $150.00 USD
Shipping: $27.00 USD
Handling: $0.00 USD

Total Amount: $177.00 USD
Fee: -$5.43 USD
Total: $171.57 USD

Date: Mar. 9, 2008
Time: 16:23:23 PDT
Status: Completed
Seller Protection Policy: Eligible 🔲

Attn. Sellers: You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

Shipping Address: P31 Boutique
1535 ORCHARD DR W
MOBILE, AL 36618
United States

Transaction Details - PayPal

Log Out  |  Help  |  Security Center

**PayPal**

*18*

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

OK to complete the transaction

Payment Status: Completed

**What should I do now?**

- Contact the buyer to confirm the purchase
- Save all correspondence with the buyer

Following these guidelines can help protect you if a claim is filed for an unauthorized payment or items not received.

Tips to sell securely

**Seller Protection:**
Not Eligible

We have no shipping address on file.

Payment Received (Unique Transaction ID #3YV660888U199904C)

*Nothing to do with Sunglasses*

*- Balance due from purchases made*

Business Name: Magna Web, Inc.
Buyer Email: ocasseta@magnawebinc.com
Payment Sent to: wzeuner@yahoo.com

**Business Contact Information**

Customer Service URL: http://www.mrrebates.com
Customer Service Email: ocasseta@magnawebinc.com
Customer Service Phone: 630-584-1570

Amount received: $32.75 USD
Fee: $0.00 USD
Total: $32.75 USD

Date: Feb. 3, 2008
Time: 10:46:01 PST
Status: Completed

Subject: Magna Web, Inc.
Note: This payment fulfils all payment requests made in January of 2008 from your Mr. Rebates' account. Thank you for using Mr. Rebates and we look forward to rewarding you for all of your future online shopping!
Custom Note: Mr. Rebates Payment for Jan. 2008
Shipping Address: No Address Provided

PayPal Website Payment Details - PayPal          Page 1 of 2

Log Out | Help | Security Center

**PayPal**

*19*

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

Shopping Cart Payment Received (Unique Transaction ID #9F3044772G953445X)

Name: David White   (The sender of this payment is Unverified)
Email: davidowen45@sbcglobal.net
Payment Sent to: orders@wildstylesunglasses.com

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | CHOPPER-1700 | | $24.00 USD |
| | | Amount | $24.00 USD |

Order Description: Shopping Cart
Item Total: $24.00 USD
Shipping: $7.20 USD
Handling: $0.00 USD

Total Amount: $31.20 USD
Fee: -$1.20 USD
Total: $30.00 USD

Date: Sep. 19, 2007
Time: 17:56:48 PDT
Status: Completed
Seller Protection Policy: Eligible [?]

Attn. Sellers: You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

Shipping Address: David White
2686 Oakwood drive
Pryor, OK 74361
United States
Confirmed [?]

PayPal Website Payment Details - PayPal

Log Out   |   Help   |   Security Center

**PayPal**

*20*

My Account     Send Money     Request Money     Merchant Services     Auction Tools     Products & Servic

## Transaction Details

✓ OK to ship                                                    Payment Status: Complete

**What should I do now?**

- Ship to the buyer's address listed on this page.
- Ship the item using an approved carrier.
- Save all tracking info or other proof of shipment.

Learn more about how PayPal protects sellers

**Ship to this address:**
Terrence Warren
MNF-I C-6
Camp Victory, Iraq
APO, AE 09342-1400
United States

**Shipping Address:**
Unconfirmed  ?

**Shopping Cart Payment Received (Unique Transaction ID #1RV349978T811960U)**

Name: Terrence Warren    (The sender of this payment is Unregistered)
Email: supemann77@hotmail.com
Payment Sent to: orders@wildstylesunglasses.com

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | 1 pair Choppers 1700 black w silver | | $10.00 USD |
| 1 | 1 pair Diablo 6022 tan | | $10.00 USD |
| | | Amount | $20.00 USD |

Order Description: Shopping Cart
Item Total: $20.00 USD
Shipping: $6.00 USD
Handling: $0.00 USD

Total Amount: $26.00 USD
Fee: -$1.05 USD
Total: $24.95 USD

Transaction Details - PayPal

Page 1 of 2

2 1

**PayPal**

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Service

## Transaction Details

☑ OK to ship

**Payment Status: Completed**

**We recommend that you:**

**Seller Protection:**
**Partially Eligible**

* Contact the buyer to confirm the purchase and validate
  the shipping address
* Use a shipping service with signature confirmation

**Ship to this address:**

Tips to sell securely

philippe steinmetz
4 rue du moulin
70700 choye
France
Unconfirmed 🔲

**Payment Received (Unique Transaction ID #5J460314SM657880M)**

Sent by: philippe steinmetz
Buyer Email: coxdavidson@free.fr
Payment Sent to: orders@wildstylesunglasses.com

*— chopper + chrome*
*Sunglasses other*

Amount received: $106.00 USD
Fee: -$4.43 USD
Total: $101.57 USD 🔲

Date: Jun. 10, 2007
Time: 22:37:49 PDT
Status: Completed

Subject: philippe steinmetz
Note: thanks philippe..........
Shipping Address: philippe steinmetz
4 rue du moulin
70700 choye
France
Unconfirmed 🔲

Payment Type: Instant

*22*

# WILD STYLE SUNGLASSES
## INVOICE
### 6105 S. LANDIS AVE
### SEA ISLE CITY, NJ 08243
ORDERS@WILDSTYLESUNGLASSES.COM

| DATE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| 6/10/2007 | 4 DOZEN CHOPPER/CHROME SUNGLASSES AT $24.00 PER DOZEN | $96.00 |
| | CUSTOMER PAID SHIPPING | $10.00 |
| | TOTAL: | $106.00 |

**PURCHASER INFORMATION:**

PHILLIPPE STEINMETZ
4 RUE DU MOULIN
70700 CHOYE, FRANCE

Transaction Details - PayPal

Log Out   |   Help   |   Security Center

## PayPal

*23*

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

# Transaction Details

OK to ship

**We recommend that you:**

- Contact the buyer to confirm the purchase and validate the shipping address
- Use a shipping service with signature confirmation

Tips to sell securely

Payment Status: Completed

**Seller Protection:**
Partially Eligible

**Ship to this address:**

philippe steinmetz
4 rue du moulin
70700 choye
France
Unconfirmed

**Payment Received (Unique Transaction ID #40E70040VK530440D)**

Sent by: philippe steinmetz
Buyer Email: coxdavidson@free.fr
Payment Sent to: orders@wildstylesunglasses.com

*- chopper + chrome*
*Sunglasses order*

Amount received: $110.70 USD
Fee: -$4.62 USD
Total: $106.08 USD

Date: May 13, 2007
Time: 22:40:02 PDT
Status: Completed

Subject: philippe steinmetz
Note: hello
your sunglasses are very kool,
THANKS from france , philippe
Shipping Address: philippe steinmetz
4 rue du moulin
70700 choye
France
Unconfirmed

Payment Type: Instant

*24*

# WILD STYLE SUNGLASSES
# INVOICE
### 6105 S. LANDIS AVE
### SEA ISLE CITY, NJ 08243
ORDERS@WILDSTYLESUNGLASSES.COM

| DATE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| 5/13/2007 | 4 DOZEN CHOPPER/CHROME SUNGLASSES AT $24.00 PER DOZEN | $96.00 |
| | CUSTOMER PAID SHIPPING | $14.70 |
| | TOTAL: | $110.70 |

## PURCHASER INFORMATION:

**PHILLIPPE STEINMETZ**
**4 RUE DU MOULIN**
**70700 CHOYE, FRANCE**

Transaction Details - PayPal

Page 1 of 2

Log Out | Help | Security Center

**PayPal**

*25*

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

☑ OK to ship

Payment Status: Completed

**We recommend that you:**

**Seller Protection:**
Partially Eligible

- Contact the buyer to confirm the purchase and validate the shipping address
- Use a shipping service with signature confirmation

**Ship to this address:**

Tips to sell securely

philippe steinmetz
4 rue du moulin
70700 choye
France
Unconfirmed [?]

Payment Received (Unique Transaction ID #09J00453YE3820052)

| | |
|---|---|
| Sent by: | philippe steinmetz |
| Buyer Email: | coxdavidson@free.fr |
| Payment Sent to: | orders@wildstylesunglasses.com |

*— shipper and cheune sunglasses orders*

| | |
|---|---|
| Amount received: | $146.95 USD |
| Fee: | -$6.03 USD |
| Total: | $140.92 USD [?] |

| | |
|---|---|
| Date: | Apr. 25, 2007 |
| Time: | 10:59:10 PDT |
| Status: | Completed |

| | |
|---|---|
| Subject: | philippe steinmetz |
| Note: | hello this is the payement for hotrodspirit@msn.com thanks philippe steinmetz,4 rue du moulin ,70700 choye FRANCE |
| Shipping Address: | philippe steinmetz 4 rue du moulin 70700 choye France Unconfirmed [?] |

| | |
|---|---|
| Payment Type: | Instant |

26

# WILD STYLE SUNGLASSES
## INVOICE
**6105 S. LANDIS AVE**
**SEA ISLE CITY, NJ 08243**
ORDERS@WILDSTYLESUNGLASSES.COM

| DATE | DESCRIPTION | TOTAL |
|---|---|---|
| 8/25/2007 | 5 DOZEN CHOPPER/CHROME SUNGLASSES AT $24.00 PER DOZEN | $124.00 |
|  | CUSTOMER PAID SHIPPING | $22.95 |
|  | TOTAL: | $146.95 |

### PURCHASER INFORMATION:

PHILLIPPE STEINMETZ
4 RUE DU MOULIN
70700 CHOYE, FRANCE

PayPal Website Payment Details - PayPal

Log Out | Help | Security Center

**PayPal**

27

My Account   Send Money   Request Money   Merchant Services   Auction Tools   Products & Servic

# Transaction Details

Shopping Cart Payment Received (Unique Transaction ID #1YP40437FP854394A)

Name: Kelly Boggess   (The sender of this payment is Verified)
Email: Boggess6@verizon.net
Payment Sent to: orders@wildstylesunglasses.com

### Shopping Cart Contents

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | CHOPPER-07 | | $24.00 USD |
| 1 | CHOPPER-4500 | | $24.00 USD |
| | | Amount | $48.00 USD |

Order Description: Shopping Cart
Item Total: $48.00 USD
Shipping: $14.40 USD
Handling: $0.00 USD

Total Amount: $62.40 USD
Fee: -$2.11 USD
Total: $60.29 USD

Date: Apr. 23, 2007
Time: 06:02:25 PDT
Status: Completed
Seller Protection Policy: Eligible ?

Attn. Sellers: You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

Shipping Address: Kelly Boggess
2404 saline ave.
Eldorado, IL 62930
United States

PayPal Website Payment Details - PayPal

Log Out | Help | Security Center

**PayPal**

*28*

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

## Transaction Details

**Shopping Cart Payment Received (Unique Transaction ID #STC735317W2840734)**

**Name:** Harold Pedraza   (The sender of this payment is Verified)
**Email:** lbidorockamy@yahoo.com
**Payment Sent to:** orders@wildstylesunglasses.com

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|---|---|---|---|
| 1 | 1 pair X-SHOCK 5300 silver/black | | $10.00 USD |
| 1 | 1 pair X-SHOCK 2900 orange/silver | | $10.00 USD |
| 1 | 1 pair X-SHOCK 7000 black/red | | $10.00 USD |
| | | Amount | $30.00 USD |

**Order Description:** Shopping Cart
**Item Total:** $30.00 USD
**Shipping:** $9.00 USD
**Handling:** $0.00 USD

**Total Amount:** $39.00 USD
**Fee:** -$1.43 USD
**Total:** $37.57 USD

**Date:** Mar. 21, 2007
**Time:** 10:16:47 PDT
**Status:** Completed
**Seller Protection Policy:** Eligible ▣

**Attn. Sellers:** You must ship to the address shown below to be protected under PayPal's Seller Protection Policy.

**Shipping Address:** Harold Pedraza
1504 Brentwood Rd
Bay Shore, NY 11706
United States
Confirmed ▣

PayPal Website Payment Details - PayPal

Log Out | Help | Security Center

**PayPal**

_29_

My Account    Send Money    Request Money    Merchant Services    Auction Tools    Products & Servic

# Transaction Details

**OK to ship**

Payment Status: Complete

**What should I do now?**

- Ship to the buyer's address listed on this page.
- Ship the item using an approved carrier.
- Save all tracking info or other proof of shipment.

Learn more about how PayPal protects sellers

**Ship to this address:**
Arlen Carpenter
11931 Jefferson AVE
Suite 103
Newport News, VA 23606
United States

**Shipping Address:**
**Unconfirmed** ?

**Shopping Cart Payment Received (Unique Transaction ID #3YH76186HU304273C)**

**Name:** Arlen Carpenter    (The sender of this payment is Verified)
**Email:** amrbl@aol.com
**Payment Sent to:** orders@wildstylesunglasses.com

**Shopping Cart Contents**

| Qty | Item | Options | Price |
|-----|------|---------|-------|
| 1 | CHOPPER-4500 | | $24.00 USD |
| 1 | CHOPPER-1700 | | $24.00 USD |
| | | Amount | $48.00 USD |

**Order Description:** Shopping Cart
**Item Total:** $48.00 USD
**Shipping:** $14.40 USD
**Handling:** $0.00 USD

**Total Amount:** $62.40 USD
**Fee:** -$2.11 USD
**Total:** $60.29 USD

TAB 5

1   **MESCHKOW & GRESHAM, P.L.C.**
Jordan M. Meschkow, AZ Bar No. 007454
2   Lowell W. Gresham, AZ Bar No. 009702
5727 North Seventh Street
3   Suite 409
Phoenix, AZ 85014-5818
4
Telephone: (602) 274-6996
5   Facsimile: (602) 274-6970
E-mail: jm@patentmg.com
6
Attorneys for Plaintiff
7

8   **UNITED STATES DISTRICT COURT**

9   **DISTRICT OF ARIZONA**

10  **Sunglass Designs, Inc.** an Arizona        Case No. CV-08-1984-PHX-DGC
11  Corporation,
                                                **PLAINTIFF'S STATUS REPORT**
12          Plaintiff,

13      v.

14  **Wild Style Sunglasses,** an entity of
    unknown origin; and **William Zeuner,** a
15  related individual.
16
            Defendants.
17

18          Pursuant to the Court's January 29, 2009 Order, Plaintiff SUNGLASS

19  DESIGNS, INC. (hereafter Plaintiff) hereby submits a Status Report.  In the Court

20  Order of January 29, 2009 the Court correctly identifies that "default as to both

21  defendants was entered by the Clerk of the Court on January 8, 2009" and "No

22  motion for default judgment has been filed with the Court." and asks for a status

23  report.

24          The Status of the case, is that shortly after Plaintiff was granted entries of

25  default, Plaintiff's counsel was contacted by "new" counsel alleging representation of

26  these Defendants WILD STYLE SUNGLASSES and William Zeuner (the Court

27  should recall Mr. Zeuner earlier told the undersigned that "Tony Monzo was my

28  lawyer so you should communicate with him", so Plaintiff served him for the elusive

and evasive Defendants.)  This new counsel, which has not yet appeared in the case, Greg Collins of Kercsmar & Feltus PLLC, 6263 N. Scottsdale Road, Suite 320, Scottsdale, Arizona 85251, stated and alleged he was hired to either file a Motion to vacate the Defaults or he was to try to settle this case.  He then offered to obtain sales records from the Defendants to do so.

On January 29, 2009, Mr. Collins emailed the undersigned with an email claiming it was "protected under Federal Rule of Civil Procedure 408" with the alleged sales records in PDF format (the undersigned has reason to believe the records are incomplete and have been falsified for settlement purposes).  On February 4, 2009, through as recently as yesterday, the undersigned has spoken and emailed with Mr. Collins about such settlement prospects, which on this date, have not produced a settlement yet, and do not look as if such will issue into a settlement. Rather, based on information provided to the Plaintiff, Plaintiff has grounds to file an amended complaint against these and other Defendants, not only alleging the same trademark infringement counts, but other, more serious counts, as well.  Therefore, as of this date, this case will either settle, or be expanded to add other Defendants tied into these Defendants, and the claims for relief could be expanded, as well.

With such being the status of this case, Plaintiff asks the Court to allow three months for either wrapping up this case, for the instant Defendants to file a Motion to Vacate Entry of Default, for Plaintiff to file a response to such Motion, and/or a Motion for Amended Complaint in this matter.


Respectfully submitted this 6th day of February, 2009.


s/Jordan M. Meschkow
Jordan M. Meschkow, Esq.
MESCHKOW & GRESHAM, P.L.C.
5727 North Seventh Street
Suite 409
Phoenix, Arizona 85014
Telephone: (602) 274-6996
Facsimile (602) 274-6970

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I certify that on this 6th day of February, 2009 I electronically transmitted the attached documents to the Clerk's Office using the ECF system for filing and transmittal of Notice of Electronic Filing to the ECF registrants, and mailed a copy to this Defendant to the following addresses:

WILD STYLE SUNGLASSES
6105 S. Landis Ave.
Sea Isle City, NJ 08243


Anthony P. Monzo, Esq.
MONZO CATANESE
SCHOOLHOUSE OFFICE PARK
211 South Main Street; Suite 104
Cape May Court House, New Jersey 08210




s/Jordan M. Meschkow/
Jordan M. Meschkow

EXHIBIT 3

The Phoenix Plaza
21st Floor
2929 North Central Avenue
Phoenix, Arizona 85012-2794



**O S B O R N**
**M A L E D O N**

A PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

P.O. Box 36379
Phoenix, Arizona 85067-6379
Telephone     602.640.9000
Facsimile     602.640.9050

PERSONAL AND CONFIDENTIAL                    May 19, 2009
Jordan M. Meschkow, Esq.                     Invoice: 148396
Meschkow & Creshan, PLC                      Matter:  13145.0001
5725 North Seventh Street
Suite 409
Phoenix, AZ 85014-5815

Tax I.D. #86-0789930

For professional services rendered through April 30, 2009

RE: State Bar of Arizona

| | | | |
|---|---|---|---|
| 04/13/09 | Review State Bar letter and confer with Jordan Meschkow regarding same.<br>D. Janitch | .50 | 120.00 |
| 04/15/09 | Briefly review forwarded material and confer with Jordan Meschkow regarding status of matter; confer with State Bar concerning extension to reply to matter; email State Bar confirming additional time to respond.<br>D. Janitch | .40 | 96.00 |
| 04/21/09 | Respond to message from Jordan Meschkow.<br>D. Janitch | .10 | 24.00 |
| 04/22/09 | Review files.<br>D. Janitch | .20 | 48.00 |
| 04/25/09 | Review files; draft, review and revise Response Letter to State Bar; confer with Jordan Meschkow regarding same.<br>D. Janitch | 3.50 | 840.00 |
| 04/27/09 | Review and revise draft Letter Agreement following conversations and email from Jordan Meschkow; email updated draft and redlines to Jordan Meschkow for further comment; review new material from file.<br>D. Janitch | 1.20 | 288.00 |

Total hours:                                      5.90

RECEIVED
MAY 2 2 2009
MESCHKOW & CRESHAN

```
Jordan M. Meschkow                        May 19, 2009          PAGE    2
FILE NUMBER: 13145.0001
INVOICE NO.: 148396

 D. Janitch                   5.90 hours at   $240.00 =      1,416.00

Current Fees:                                                1,416.00

COSTS AND CHARGES:

        Photocopying charges                          89.20
                                                  ---------

Total Costs and Charges:                                       89.20

                                                          ----------

Current Fees, Costs and Charges:                            1,505.20


BALANCE DUE:                                        $      1,505.20
                                                          ==========
```

PAYMENT DUE UPON RECEIPT

Statements unpaid after 30 days are delinquent.

To ensure proper credit please identify your
remittance with Invoice Number: 148396

# EXHIBIT 4



Direct Line:  (602) 340-7354

June 11, 2009

Danielle D. Janitch
Osborn Maledon
2929 N. Central Ave., 21ˢᵗ Fl.
Phoenix, AZ 85012-2794

Re:    Correspondence From William Zeuner Sr
       File No. 09-0623

Dear Ms. Janitch:

This acknowledges receipt of your correspondence dated April 28, 2009 on behalf of your client Jordan M. Meschkow, in which you responded to the allegations of misconduct and/or unprofessional submitted by William Zeuner Sr.

I have reviewed the charge and your informal response.  I have determined that further investigation is unwarranted at this time.

Your response will be placed in our file.  Pursuant to Rule 70(a)(4), Ariz. R. Sup.Ct., the record of this charge is public.  Pursuant to Rule 71, Ariz. R. Sup.Ct., the State Bar file may be expunged in three years. This charge has no adverse impact on your client's standing with the State Bar.  The record shows a consumer charge that was closed.

Sincerely,

Patricia J. Ramirez
Staff Bar Counsel

PJR/maj

Enclosure

kwiktag ®        073 662 635


**STATE BAR**
OF**ARIZONA**

Direct Line:  (602) 340-7354

June 11, 2009

William  Zeuner Sr.
2453 Fruit St.
Vineland, NJ 08361-7331

Re:     File No. 09-0623
        Jordan M. Meschkow, Respondent

Dear Mr. Zeuner:

We received your bar charge against Jordan M. Meschkow on April 9, 2009.  A copy of your charge was
forwarded to Mr. Meschkow.

Enclosed is a copy of Ms. Danielle D. Janitch's response to your charge on behalf of her client.  I
carefully reviewed your correspondence and Ms. Janitch's response thereto.  Based on the information
provided, I have determined that further investigation is unwarranted.  Therefore, we consider the matter
closed and will take no further action.   Pursuant to Arizona Supreme Court Rule 71, the State Bar file
may be expunged in three years.

For your information, lawyer conduct in Arizona is governed by the Supreme Court's Rules of
Professional Conduct.  These rules can be found in Volume 17A of the Arizona Revised Statutes, which
are available in public and law libraries.  If you have access to the Internet, the Rules of Professional
Conduct may also be found under "Ethics" on our website (www.myazbar.org).

Thank you for your interest in promoting the professional responsibility of members of the State Bar of
Arizona.

Sincerely,

Patricia J. Ramirez
Staff Bar Counsel

PJR/maj

Enclosure

c: Danielle D. Janitch w/out enclosure