Jordan M. Meschkow, Attorney at Law
7250 North 16th Street
Suite 318
Phoenix, AZ 85020-5279

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jordan M. Meschkow, *Pro Per* | No.  CV 09-2088-PHX-SRB |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| vs. | |
| William Zeuner, aka William Zeuner, Sr., an individual, William and Jane Doe Zeuner, husband and wife. | |
| Defendants. | |

Pursuant to LRCiv 83.3(d), Plaintiff, Jordan M. Meschkow, ("JMM") hereby notifies this Court of a change of address to:

7250 N. 16th Street, Suite 318
Phoenix, AZ 85020

Dated this 11th day of January, 2010

By: s/Jordan M. Meschkow
7250 N. 16th Street, Suite 318
Phoenix, AZ 85020

602-274-6996
*In Propia Persona*